# APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS IN FORMA PAUPERIS (IFP)

Case Number: 25-CV-842-SPM

FILED
MAY 02 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

Plaintiff: Jeffrey Luffman

v.

Defendant(s):

Defendants.

COLLINSVILLE COMMUNITY UNIT SCHOOL DISTRICT #10;

BRAD SKERTICH; LAURA BAUER; BRADLEY HYRE; DAN PORTER; SUSAN FRECHMAN; SARAH GAFFORD;

SCHOOL BOARD MEMBERS SOEHLKE, PECCOLA, BRONNBAUER, CRAFT, HASAMEAR, REULECKE, and STUTTS;

COLLINSVILLE POLICE OFFICER KUELCHE, OFFICER HUNT, OFFICER LACROY, OFFICER EDWARDS, OFFICER OWEN, OFFICER MOORE, OFFICER SEVERNE, OFFICER FOLEY, SCHOOL RESOURCE OFFICER; and FOIA OFFICER WILKE;

MARYVILLE POLICE OFFICERS LEFFLER and FOIA OFFICER JOLENE HENRY;

CITY OF COLLINSVILLE FOIA OFFICER KIMBERLY WASSER;

ATTORNEYS TONY DOS SANTOS; DAVID FAHRENKAMP; MICHAEL WESLEY;

COLLINSVILLE SCHOOL DISTRICT 10 LEGAL COUNSEL DANA BOND and GUIN MUNDORF LLC;

MADISON COUNTY ILLINOIS STATES ATTORNEY OFFICE

ILLINOIS ATTORNEY GENERAL'S OFFICE CIVIL RIGHT, VETERAN HIRING, ADA COMPLIANCE, PUBLIC ACCESS BUREAU, and FOIA COMPLIANCE OFFICER;

## I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings.

I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Page **1** of 3

**1. Are you currently incarcerated?**
☐ Yes  ☑ No

**2. Do you have any dependents?**
☑ Yes  ☐ No

If yes, list: One dependent child

**3. Employment Status:**
☐ Employed  ☑ Not employed

If not employed, state last employment and when: Public advocate – 2023

**4. Other Income:**
☑ Social Security Disability Insurance (SSDI)

☑ Veterans Administration (VA) benefits – 100% P&T disabled

☑ Combat Related Special Compensation **CRSC Special Monthly Compensation Code**– 100% P&T disabled

☑ Army Retirement – 100% P&T disabled

**5. Total Monthly Income:**
$12763.19

**6. Cash or bank accounts:**
Balance: Less than $1000

**7. Property owned:**
☐ None  ☑ Personal residence (mortgaged), basic personal property only

**8. Debts and Monthly Expenses:**
☑ Rent/mortgage

☑ Utilities

☑ Medical

☑ Child-related expenses

☑ Transportation

☑ Legal fees and prior attorney costs (IARDC complaint pending)

**9. Other Circumstances:**

I am a 100% permanently and totally disabled U.S. Army veteran, currently receiving SSDI and VA benefits. I am unable to afford private counsel or service of process. I am the subject of ongoing litigation involving First Amendment retaliation, civil rights violations, and related claims, with federal oversight active.

I declare under penalty of perjury that the above information is true and correct.

Date: May 02, 2025

/s/ Jeffrey Luffman

Jeffrey Luffman

212 Camelot Dr.

Collinsville Il 62234

Email: jeffrey.luffman@outlook.com

Phone: 636-675-4864

# Social Security Administration
## Benefit Verification Letter

Date: January 15, 2025
BNC#: 25UA458D28454
REF: A

JEFFREY SCOTT LUFFMAN
212 CAMELOT DR
COLLINSVILLE IL  62234-4813

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $2,823.60.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,638.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on March 19, 2018.

**Information About Past Social Security Benefits**

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $2,754.80.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,580.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

## Medicare Information

You are entitled to hospital insurance under Medicare beginning August 2021.

You are entitled to medical insurance under Medicare beginning August 2021.

Your Medicare number is 7GP5EP2VW77. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is January 8, 1975.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-405-0471**.

>   SOCIAL SECURITY
>   WEST POINTE CENTER
>   227 W POINTE DR
>   BELLEVILLE IL 62226

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*



**DEPARTMENT OF VETERANS AFFAIRS**

January 26, 2025

Jeffrey Luffman
212 Camelot Dr
Collinsville, IL 62234

In Reply Refer to:
xxx-xx-6577
27/eBenefits

Dear Mr. Luffman:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-6577

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | February 26, 1996 | February 26, 2000 |
| Army | Honorable | January 15, 2001 | December 14, 2006 |
| Army | Honorable | December 15, 2006 | March 19, 2018 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| Your current monthly award amount is: | $4216.35 |
| The effective date of the last change to your current award was: | December 01, 2024 |
| You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities: | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at

http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**



This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | FINANCIAL AFFIDAVIT (FAMILY & DIVORCE CASES) | For Court Use Only |
|---|---|---|
| MADISON COUNTY | ☒ Pre-Judgment  ☐ Post-Judgment | |

**Instructions ▼**

Enter above the county name where the case was filed.

Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint.

Enter the Case Number given by the Circuit Clerk.

Jeffrey Scott Luffman
**Petitioner** *(First, middle, last name)*

v.

Maegen Rozycki
**Respondent** *(First, middle, last name)*

2022DC000325
**Case Number**

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

**NOTE:** Do not include in this affidavit any Social Security or individual taxpayer-identification numbers, driver's license numbers, financial account numbers, or debit or credit card numbers. If any of these items are included on documents you are going to attach to this affidavit, hide them by covering them with black ink or otherwise removing.

In 3a-d, check the boxes of the documents you are attaching to this form as evidence of your income, assets, and debts. If you select **3d**, enter the names of the additional documents you are attaching.

In 4, do not complete 4b and 4c if your contact information is protected pursuant to court order because of domestic violence or abuse.

1. I am the ☒ Petitioner   ☐ Respondent in this case.

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of  02/12/2025  .
   Date

3. I attached the most recent copies of the following documents *(Check all that apply. You must attach these documents if you have or can get them.)*
   a. ☒ pay stubs or other proof of income
   b. ☐ income tax returns *(including K-1, W-2, 1099, and all schedules.)*
   c. ☒ bank statements
   d. ☒ other documents in verifying your debts in 14 and your assets in 15:
      bills
      bank statements

4. Information about myself
   a. Name  Jeffrey Scott Luffman
         First          Middle         Last
   b. Phone Number  (636) 675-4864
   c. Home Address  212 Camelot Dr
         Street Address, Apt.
      Collinsville, IL 62234
         City          State    ZIP
   d. Date of Birth  ~~redacted~~

5. Information about other household members
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or Respondent in this case.   ☐ Yes   ☒ No

| | |
|---|---|
| In **6**, check all that apply. Provide all information requested about your jobs, including all full-time, part-time, temporary, contract, or other work. Provide all the requested information about any business you own or operate and the business income. | **6. My Employment/Business**<br><br>a. I am  ☒ unemployed<br><br>b. I am  ☐ employed by someone else<br>Employer name _____<br>Employer address _____<br>*Street Address, Apt.*<br><br>_____<br>City        State        ZIP<br>Number of paychecks per year:  ☐ 12 *(monthly)*   ☐ 24 *(two times a month)*<br>   ☐ 26 *(every two weeks)*  ☐ 52 *(weekly)*<br>   ☐ I am paid in cash<br><br>Gross income *(pay before taxes and deductions)* so far this year  $ _____<br>as of _____ .<br>     *Date* |
| If you have more than one job or business, fill out and attach the *Additional My Employment/ Business* forms. | |
| In **6b**, enter your total gross income from this employer from January 1 of this year through the date you complete this form. | |
| In **6c**, check the box that best describes your self-employment, and/or the box that describes the type of business you have. List the name and address of the business, and the gross receipts for last year and this year. | c. Self-Employment or Other Business Income:<br>  ☐ own a business as a sole proprietorship.<br>  ☐ as an independent contractor.<br>  ☐ as a member of a partnership.<br>  ☐ as a member of a limited liability company (LLC) not treated as a corporation.<br>  ☐ closely held corporation.<br>  ☐ other flow-through business entity.<br>Business name: _____<br>Business address: _____<br>*Street Address, Apt.*<br><br>_____<br>City        State        ZIP<br><br>Gross business receipts for last year  $ _____ and so far this year  $ _____<br>Ordinary and necessary expenses required to carry on the business for<br>last year  $ _____ and this year  $ _____<br>Do you receive any of the following from the business *(check all that apply)*:<br>  ☐ Reimbursed meals<br>  ☐ Company car<br>  ☐ Free housing or housing allowance<br>  ☐ Other: _____<br><br>*(You must attach complete federal and state business tax returns for the most recent tax year.)*<br><br>☐ I have attached one or more *Additional My Employment/Business* forms. |

| | | |
|---|---|---|
| In 7a, check only one. | **7. My gross income and taxes from last year** | |
| | a. Tax filing status ☐ Married *(Joint)*  ☐ Married *(Separate)*  ☐ Single | |
| In 7a-c, enter the information you submitted on last year's IRS tax return. If you did not file a tax return for last year, check **Did not file** in 7a, leave 7b blank, but still complete **7c**. | ☐ Head of Household  ☒ Did not file | |
| | b. I claim on my federal tax return | |
| | ☐ the standardized deduction | |
| | ☐ itemized deductions | |
| | c. Gross income *(before taxes and deductions)* last year  $ _____ | |
| | d. On my last tax return I claimed: | |
| | ☐ Child tax credit     ☐ Additional child tax credit | |
| | ☐ Credit for other dependents  ☐ Earned Income Credit | |
| | ☐ Dependent care credit | |
| For help in calculating monthly amounts, see *How to Complete a Financial Affidavit (Family & Divorce Cases)*. | **8. My monthly gross income from all sources** | |
| | Regular employment/self-employment earnings from all jobs *(salary, wages, base pay, etc.)*................................................................... | $ 0.00 |
| | Overtime............................................................................................ | $ 0.00 |
| In **8, Regular employment earnings** mean the monthly gross income you receive on a regular basis from employment. | Commission....................................................................................... | $ 0.00 |
| | Tips................................................................................................... | $ 0.00 |
| | Bonus................................................................................................ | $ 0.00 |
| | Pension............................................................................................. | $ 2,448.65 |
| | Annuity.............................................................................................. | $ 0.00 |
| | Interest income................................................................................. | $ 0.00 |
| | Dividend income............................................................................... | $ 0.00 |
| | Trust income..................................................................................... | $ 0.00 |
| | Social Security Retirement .............................................................. | $ 0.00 |
| | Social Security Disability.................................................................. | $ 2,823.60 |
| | Social Security Income (SSI) *(not included as income for child support purposes)* | $ 0.00 |
| | Unemployment................................................................................. | $ 0.00 |
| | Disability payment *(not Social Security)*........................................... | $ 4,216.35 |
| | Workers' Compensation................................................................... | $ 0.00 |
| | TANF and SNAP *(not included as income for child support purposes)*............... | $ 0.00 |
| | Military allowances........................................................................... | $ 2,232.35 |
| | Investment income........................................................................... | $ 0.00 |
| | Rental income.................................................................................. | $ 0.00 |
| | Partnership income.......................................................................... | $ 0.00 |
| | Distributions and draws................................................................... | $ 0.00 |
| | Royalty income................................................................................ | $ 0.00 |
| If you have other income not listed in **8**, describe the source of the income in **Other** and enter the monthly amount. | Maintenance received under an order entered in this case or another case that you must report as income on your tax return ................................ | $ 0.00 |
| | Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return..................... | $ 0.00 |
| | Child support for children of this relationship *(if this support is paid by the other parent, it does not affect the support calculation)*......................................... | $ 0.00 |
| In **Total Gross Monthly Income**, add the amounts in **8** together and enter the total. | Social Security payment made to the children of this relationship based on your disability or retirement................................................. | $ 0.00 |
| | Gifts of money.................................................................................. | $ 0.00 |
| | Other: _____ | $ 0.00 |
| | **Total Gross Monthly Income** | **$ 12,763.19** |

Enter the Case Number given by the Circuit Clerk: **2022DC000325**

| | | |
|---|---|---|
| In 9, use information from your paystubs, tax records, and other sources to identify the deductions being taken from your income. List money deducted for health insurance below in Section 13. | **9. My monthly payroll deductions** | |
| | Federal tax................................................................................................ | $ 0.00 |
| | State tax.................................................................................................. | $ 0.00 |
| | FICA *(or Social Security equivalent, for example, Self-employment) tax*............ | $ 0.00 |
| | Medicare tax............................................................................................ | $ 0.00 |
| | Mandatory retirement contributions *(by law or condition of employment, but only if no FICA or Social Security equivalent)*................................................ | $ 0.00 |
| In **Total Monthly Deductions**, add the amounts from **9** together and enter the total. | **Total Monthly Deductions** | $ 0.00 |
| | **10. Monthly maintenance payments** | |
| In 10, list any maintenance payments you are making. If you are not sure about whether your payments are tax-deductible, speak to your attorney or tax-preparer. Generally, maintenance payments court ordered after January 1, 2019 are not tax deductible. | Maintenance being paid or payable to the other party by you under a court order in this case..................................................................................... | $ 0.00 |
| | Maintenance being paid under a court order to a former spouse by you, which is tax deductible to you............................................................. | $ 0.00 |
| | Maintenance being paid under a court order to a former spouse by you, which is not tax deductible to you........................................................ | $ 0.00 |
| | **Total Maintenance Payments** | $ 0.00 |
| For **11**, attach a copy of the support order and proof that you are making the payments, e.g. cancelled checks, court records. | **11. Monthly child Support payments** | |
| | Child support being paid for the children of this relationship under a court order in this case or a different case.......................................... | $ 375.13 |
| | Child support being paid under a court order for children not shared with the other party and who are not part of this case................................... | $ 700.00 |
| For help in calculating monthly amounts, see *How to Complete a Financial Affidavit*. | Child support being paid, but there is no court order, for children not shared with the other party and who are not part of this case and (1) that are presumed to be yours, (2) for whom there is a voluntary acknowledgment of paternity (VAP) signed by you and the other parent, **OR** (3) for whom there is a court order naming you as a parent, but there is no support order................................................................................ | $ 0.00 |
| | **Total Child Support Payments** | $ 1,075.13 |
| In 12a, enter the amount your household spends on each item each month. | **12. My monthly Living Expenses** | |
| | a. Household Expenses | |
| | Mortgage or rent.................................................................................... | $ 2,235.00 |
| | Home equity *(HELOC)* and second mortgage....................................... | $ 0.00 |
| | Real estate taxes.................................................................................. | $ 0.00 |
| | Homeowners or condo association dues and assessments.................... | $ 0.00 |
| | Homeowners or renters insurance.......................................................... | $ 133.81 |
| If you have other living expenses not listed in **12a**, describe the expense in **Other** and enter the monthly amount. | Gas......................................................................................................... | $ 0.00 |
| | Electric................................................................................................... | $ 300.00 |
| | Telephone.............................................................................................. | $ 300.00 |
| | Cable or satellite TV............................................................................... | $ 60.00 |
| | Internet................................................................................................... | $ 60.00 |
| | Water and sewer.................................................................................... | $ 200.00 |

Enter the Case Number given by the Circuit Clerk: 2022DC000325

|  |  |
|---|---|
| Garbage removal.................................................................................... | $ 50.00 |
| Laundry and dry cleaning........................................................................ | $ 200.00 |
| House cleaning service........................................................................... | $ 0.00 |
| Necessary repairs and maintenance to my property................................ | $ 0.00 |
| Pet care................................................................................................... | $ 100.00 |
| Groceries, household supplies, and toiletries.......................................... | $ 1,000.00 |
| Other: _____ | $ 0.00 |
| **Subtotal Monthly Household Expenses** | $ 4,638.81 |

*In Subtotal Monthly Household Expenses, add the amounts in 12a together and enter the total.*

b. Transportation Expenses

|  |  |
|---|---|
| Car payment........................................................................................... | $ 860.00 |
| Repairs and maintenance....................................................................... | $ 0.00 |
| Insurance, license, registration and city sticker...................................... | $ 0.00 |
| Gasoline................................................................................................. | $ 0.00 |
| Taxi, ride-share, bus, and train............................................................... | $ 0.00 |
| Parking................................................................................................... | $ 0.00 |
| Other: _____ | $ 0.00 |
| **Subtotal Monthly Transportation Expenses** | $ 860.00 |

*In 12b, enter the amount you spend monthly on each type of transportation expense.*

*If you have other transportation expenses not listed in 12b, describe the expense in Other and enter the monthly amount.*

*In Subtotal Monthly Transportation Expenses, add the amounts in 12b together and enter the total.*

c. Personal Expenses

Medical *(out-of-pocket expenses)*

|  |  |
|---|---|
| Doctor visits..................................................................... | $ 150.00 |
| Therapy and counseling.................................................. | $ 0.00 |
| Dental and orthodontia.................................................... | $ 0.00 |
| Optical............................................................................. | $ 0.00 |
| Medicine........................................................................... | $ 0.00 |

Life insurance

|  |  |
|---|---|
| Life *(term)*...................................................................... | $ 0.00 |
| Life *(whole or annuity)*.................................................. | $ 0.00 |
| Clothing.................................................................................................. | $ 150.00 |
| Grooming *(hair, nails, spa, etc.)*........................................................... | $ 0.00 |
| Gym & Club membership Dues.............................................................. | $ 0.00 |
| Entertainment, dining out, and hobbies.................................................. | $ 0.00 |
| Newspapers, magazines, and subscriptions........................................... | $ 0.00 |
| Gifts........................................................................................................ | $ 0.00 |
| Donations *(political, religious, charity, etc.)*.......................................... | $ 0.00 |
| Vacations............................................................................................... | $ 0.00 |
| Mandatory or voluntary union, trade or professional association dues.... | $ 0.00 |
| Professional fees *(accountants, tax preparers, attorneys)*.................... | $ 0.00 |
| Other: _____ | $ 0.00 |
| **Subtotal Monthly Personal Expenses** | $ 300.00 |

*In 12c, enter the amount you spend monthly only for yourself on each type of expense. Do not include expenses you are reimbursed for through insurance or your employer.*

*If you have other personal expenses not listed in 12c, describe the expense in Other and enter the monthly amount.*

*In Subtotal Monthly Personal Expenses, add the amounts in 12c together and enter the total.*

d. Minor and Dependent Children Expenses

|  |  |
|---|---|
| Clothing.................................................................................................. | $ 0.00 |
| Grooming *(hair, nails, spa, etc.)*........................................................... | $ 0.00 |

Education

|  |  |
|---|---|
| Tuition.............................................................................. | $ 0.00 |
| Books, fees, and supplies............................................... | $ 0.00 |
| School lunch................................................................... | $ 0.00 |

*In 12d, enter the amount spent monthly for the minor and dependent children of this relationship only.*

Enter the Case Number given by the Circuit Clerk: 2022DC000325

|  |  |
|---|---|
| Transportation................................................................... | $ 0.00 |
| School-sponsored trips and special events.......................... | $ 0.00 |
| Uniforms............................................................................. | $ 0.00 |
| Before and after-school care.............................................. | $ 0.00 |
| Tutoring and summer school............................................... | $ 0.00 |

Medical *(out-of-pocket expenses)*

|  |  |
|---|---|
| Doctor visits...................................................................... | $ 0.00 |
| Therapy and counseling .................................................... | $ 0.00 |
| Dental and orthodontics (braces)....................................... | $ 0.00 |
| Vision................................................................................ | $ 0.00 |
| Medicine............................................................................ | $ 0.00 |
| Allowance.............................................................................. | $ 0.00 |
| Childcare and sitters............................................................. | $ 0.00 |
| Extracurricular activities and sports *(including equipment, uniforms, etc.)*...... | $ 0.00 |
| Summer and school-break camps......................................... | $ 0.00 |
| Vacations *(children only)*...................................................... | $ 0.00 |
| Entertainment, dining out, and hobbies *(children only)*............. | $ 0.00 |
| Gifts children give to others.................................................. | $ 0.00 |
| Other: _____ | $ 0.00 |
| **Subtotal Monthly Minor and Dependent Children Expenses** | $ 0.00 |
| **Total Monthly Living Expenses** *(add the subtotals from 12a-d above)* | $ 5,798.81 |

> In **Medical,** do not include expenses you are reimbursed for through insurance or your employer.

> If there are other child-related expenses not listed in **12d,** describe the expense in **Other** and enter the amount.

> In **Subtotal Monthly Minor and Dependent Children Expenses,** add the amounts in **12d** together and enter the total.

> In **13,** enter information about the primary health insurance you have for yourself and your family.

> If you have more than one **Health Insurance** carrier, then list other health insurance companies in the *Additional Health Insurance* forms and attach it.

13. **Health Insurance**
I have health insurance: ☒ Yes ☐ No
Name of insurance company: Humana Military TRICARE select
Type of insurance: ☒ Medical ☐ Dental ☐ Orthodontic (braces) ☐ Vision
Type of Policy: ☒ HMO ☐ PPO ☐ Other
Provided through: ☐ Employer ☐ Private Policy ☒ Other Group Policy ☐ Medicaid/All Kids
Total number of people covered by this policy: 2
The insurance covers: ☒ Me ☐ My spouse/partner ☒ children of this relationship
☐ children of this relationship and other children
(if you check this box, list the number of the other children covered and their ages):
_____

Total monthly cost for this insurance is $ 0.00
    This cost is paid by: ☒ Me ☐ My spouse/partner ☐ Other: _____
Monthly cost for this insurance for covering children: $ 0.00
Monthly cost for this insurance for covering children of this relationship (if known): $ 120.00
Yearly Deductible (amount you pay before your insurance starts to pay):
    Per individual $ 0.00   Per family $ 0.00
Coinsurance (percentage of costs you pay, e.g. 20%): 0%
Copayment (a flat amount you pay per service, e.g. $20): $ 0.00

☒ I have attached one or more *Additional Health Insurance* forms because I have more than one health insurance policy.

Enter the Case Number given by the Circuit Clerk: 2022DC000325

| | In 14, enter your debts including credit cards and past due bills. Do not include debt payments previously listed in 12 and 13 above, such as your mortgage or car payment. |
|---|---|

**14. My Debts** *(do not list expenses included in section 12)*

| | Creditor Name | Describe Nature of Debt *(parking tickets, household goods, attorney's fees, etc.)* | Amount Owed | Monthly Payment Being Made |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |
| 5. | | | $ | $ |
| 6. | | | $ | $ |

☐ I have attached one or more *Additional My Debts* forms.

Amount from *Additional My Debts* (if any) $ _____

**Total Monthly Debt Payments** $ _____

If you have more than 6 creditors, list them on *Additional My Debts* forms and attach them.

In **Total Monthly Debt Payments**, add the Monthly Payment amounts from 14 together and enter the total. Include any debts listed on any *Additional My Debts* forms.

**Note:** Fair Market Value (FMV) is generally defined as a selling price for an item to which an unrelated buyer and seller can agree. For more information on FMV, read *How to Complete a Financial Affidavit (Family & Divorce Case)* available at https://ilcourts.info/forms.

In 15a, enter your cash and cash equivalents. Do not list account numbers.

**15. My Assets**

a. Cash and Cash Equivalents *(list balance as of the date of this affidavit)*

Checking, Savings, Money Market, and Other Bank or Credit Union Accounts

| | Name of Bank or Institution | Name on Account | Account Type | Balance |
|---|---|---|---|---|
| 1. | USAA | JEFFREY LUFFMAN | Savings | $ 0.00 |
| 2. | USAA | DAISEY LUFFMAN | Checking | $ 50.00 |
| 3. | USAA | DAISEY LUFFMAN | Checking | $ 71.00 |

☐ I have attached one or more *Additional Cash and Cash Equivalents* forms.

If you have more than 3 Checking, Savings, Money Market or Other Bank or Credit Union Accounts, list them in *Additional Cash and Cash Equivalents* forms and attach them.

Certificates of Deposit *(list balance as of the date of this affidavit)*

| | Name of Bank or Institution | Name on Account | Balance |
|---|---|---|---|
| 1. | USAA | JEFFREY LUFFMAN | $ 1,000.00 |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Certificates of Deposit* forms.

If you have more than 3 **Certificates of Deposit**, list them in *Additional Certificates of Deposit* forms and attach them.

A **Prepaid Debit Card** is a card that can be used to make purchases much as you would use cash. Many prepaid cards carry the brand of a card network, like MasterCard, Visa, or American Express.

Cash, Prepaid Debit Cards and Money Transfer Apps like Venmo, PayPal, Apple pay, etc. *(list balance as of the date of this affidavit)*

| | Location of Cash/Card | Held By | Balance |
|---|---|---|---|
| 1. | CASH APP | Jeffrey Luffman | $ 82.00 |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Cash and Prepaid Debit Card* forms.

If you have more than 3 **Cash, Prepaid Debit Cards or Money Transfer Apps** or locations for your cash, list them in *Additional Cash and Prepaid Debit Card* forms and attach them.

| | |
|---|---|
| In 15b, enter information for your investments and securities. | b. **Investment Accounts and Securities** *(list FMV or balance as of the date of this affidavit)* <br> Stocks, Bonds, Options, Employee Stock Ownership Plans |

| | Company Name | # Shares | Type | Owner | FMV |
|---|---|---|---|---|---|
| 1. | | | | | $ |
| 2. | | | | | $ |
| 3. | | | | | $ |

☐ I have attached one or more *Additional Investment Accounts and Securities* forms.

If you have more than 3 **Investment Accounts and Securities**, list them in *Additional Investment Accounts and Securities* forms and attach them.

Investment/Brokerage Accounts, Mutual Funds, Secured or Unsecured Notes, and Cryptocurrency *(list balance as of the date of this affidavit)*

| | Description of Asset | Owner | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms.

If you have more than 3 **Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes**, list them in *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms and attach them.

In 15c, enter information for your real estate, including your home if you own it.

c. **Real Estate** *(list FMV and balance due as of the date of this affidavit)*

| | Address | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |

☐ I have attached one or more *Additional Real Estate* forms.

If you have more than 3 pieces of **Real Estate**, list them in *Additional Real Estate* forms and attach them.

In 15c and 15d, in **Balance Due**, enter the total amount remaining on your loan.

d. **Motor Vehicles** *(cars, boats, trailers, motorcycles, aircrafts, etc.)* *(list FMV and balance due as of the date of this affidavit)*

| | Year, Make, and Model | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 2025 TOYOYTA TUNDRA | JEFFREY LUFFMAN | $ 55,000.00 | $ 59,000.00 |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

☐ I have attached one or more *Additional Motor Vehicles* forms.

In 15d, enter information about your motor vehicles.

If you have more than 3 **Motor Vehicles**, list them in *Additional Motor Vehicles* forms and attach them.

e. **Business Interests** *(list FMV as of the date of this affidavit)*

| | Name of Business | Type of Business | % of Ownership | FMV |
|---|---|---|---|---|
| 1. | LOVES BOOKS | BOOKS | 100% | $ 0.00 |
| 2. | | | | $ |
| 3. | | | | $ |

☐ I have attached one or more *Additional Business Interests forms.*

In 15e, enter information about your business interests. In **Type of Business**, enter whether the business is a corporation, S Corp, or LLC, etc.

If you have more than 3 **Business Interests**, list them in *Additional Business Interests* forms and attach them.

Enter the Case Number given by the Circuit Clerk: 2022DC000325

| | | |
|---|---|---|
| In 15f, enter information about each life insurance policy you have for yourself, the other party, or your children. | f. Life Insurance Policies *(list cash balance as of the date of this affidavit)* | |

| | Name of Insurance Company | Type of Policy | Death Benefit | Cash Value |
|---|---|---|---|---|
| 1. | | | $ | $ |
| 2. | | | $ | $ |
| 3. | | | $ | $ |

If you have more than 3 *Life Insurance Policies*, list them in *Additional Life Insurance Policies* forms and attach them.

☐ I have attached one or more *Additional Life Insurance Policies* forms.

In 15g, enter information about retirement benefits (vested and non-vested).

g. Retirement Benefits and Deferred Compensation *(pension plan, annuity, IRA, 401(k), 403(b), SEP)* *(list FMV and or account balance as of the date of this affidavit)*

| | Name of Plan | Type of Plan | FMV or Account Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

If you have more than 3 **Retirement Benefits and Deferred Compensation** plans, list them in *Additional Retirement Benefits and Deferred Compensation* forms and attach them.

☐ I have attached one or more *Additional Retirement Benefits and Deferred Compensation* forms.

In 15h, enter information for valuable collectible items.

h. Valuable Collectibles *(coins, stamps, art, antiques, etc.)*

| | Description | FMV |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

If you have more than 3 **Valuable Collectibles**, list them in *Additional Valuable Collectibles* forms and attach them.

☐ I have attached one or more *Additional Valuable Collectibles* forms.

In 15i, enter information for other personal property with fair market value over $500.

i. Other Personal Property Valued Over $500

| | Description | FMV |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

If you have more than 3 items of **Personal Property Valued Over $500**, list them in *Additional Other Personal Property Valued over $500* forms and attach them.

☐ I have attached one or more *Additional Other Personal Property Valued over $500* forms.

In 15j, enter information for assets or property you transferred or sold in the last 2 years with FMV of at least $1,000. Do not include income items listed above in **8.**

j. Transfer or Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000

| | Description | Transferred or Sold to | Date of Transfer | Amount |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |

If you have sold or transferred more than 3 **Assets or Properties Within the Last 2 Years With a FMV of at Least $1,000**, list them in *Additional Transfer or Sale of Assets or Property Within the Last 2 Years with a FMV of at least $1,000* forms and attach them.

☐ I have attached one or more *Additional Transfer of Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000* forms.

Enter the Case Number given by the Circuit Clerk: 2022DC000325

| | In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown. |
|---|---|

**16. Lawsuits and Claims** *(workers' compensation, disability, etc.)*

| | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Lawsuits and Claims* forms.

If you have more than 3 **Lawsuits and Claims**, list them in *Additional Lawsuits and Claims* forms and attach them.

In **17**, enter information about your federal and state tax returns for the last 2 years. Check **Refund** if you received money or a check, or **Amount Owed** if you owed additional taxes.

**17. Income Tax Refunds or Amounts Owed for the Last 2 Years** *(federal and state)*

| | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1. | | ☐ Refund | $ | ☐ Refund | $ |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | | ☐ Refund | $ | ☐ Refund | $ |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under **735 ILCS 5/1-109**.

/s/ Jeffrey Scott Luffman
*Your Signature*

Jeffrey Scott Luffman
*Your Name*

After you finish this form, sign and print your name and date it.

02/12/2025
*Date*

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>MADISON COUNTY | Additional Health Insurance<br>(FINANCIAL AFFIDAVIT)<br><br>☒ Pre-Judgment  ☐ Post-Judgment | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Jeffrey Scott Luffman<br>**Petitioner** *(First, middle, last name)*<br><br>v.<br><br>Maegen Rozycki<br>**Respondent** *(First, middle, last name)* | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | | |
| Enter the Case Number given by the Circuit Clerk. | | 2022DC000325<br>**Case Number** |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

| | |
|---|---|
| Fill out this form only if you have additional **Health Insurance** carriers. If you fill out this form, attach it to your *Financial Affidavit*.<br><br>In 13, enter information about the primary health insurance you have for yourself and your family. | **13. Health Insurance**<br>I have health insurance: ☒ Yes ☐ No<br>Name of insurance company: BENEFEDS<br>Type of insurance: ☐ Medical ☒ Dental ☐ Orthodontic (braces) ☐ Vision<br>Type of Policy: ☒ HMO ☐ PPO ☐ Other<br>Provided through: ☐ Employer ☐ Private Policy ☒ Other Group Policy ☐ Medicaid/All Kids<br>Total number of people covered by this policy: 1<br>The insurance covers: ☐ Me ☐ My spouse/partner ☒ children of this relationship<br>   ☐ children of this relationship and other children<br>      (if you check this box, list the number of the other children covered and their ages):<br>_____<br>Total monthly cost for this insurance is $ 0.00<br>   This cost is paid by: ☒ Me ☐ My spouse/partner ☐ Other: _____<br>Monthly cost for this insurance for covering children: $ 0.00<br>Monthly cost for this insurance for covering children of this relationship (if known): $ 0.00<br>Yearly Deductible (amount you pay before your insurance starts to pay):<br>   Per individual $ 0.00   Per family $ 0.00<br>Coinsurance (percentage of costs you pay, e.g. 20%): 0%<br>Copayment (a flat amount you pay per service, e.g. $20): $ 0.00 |
| If you are attaching more than one additional health insurance forms, list the number of forms you are attaching. | ☐ I have more than two health insurance policies and so I have attached _____ *Additional Health Insurance* forms<br>Number |