IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

Jeffrey Luffman,

Plaintiff,

v.

Collinsville Community Unit School District #10, et al.,

Defendants.

Case No: 25-CV-842-SPM

APPENDIX A – TIMELINE OF EVENTS

EXHIBIT X

Ongoing Due Process Failures and Judicial Misconduct in Madison County Family Court Case No. 22-DC-325

---

## Judicial Background – Judge Hackett (Cases 22-DC-325 and 25-OP-611)

Judge Hackett presided over the family law case 22-DC-325 involving Plaintiff Jeffrey Luffman. Throughout the course of this litigation, Judge Hackett demonstrated a pattern of:

1. Procedural inaction, with numerous motions submitted by Plaintiff since November 26, 2024 remaining unruled as of May 27, 2025;

2. Failure to ensure proper court recording procedures, as required under Illinois Supreme Court Rule 46, with at least three unrecorded hearings producing substantive orders;

3. Issuing orders without resolving a pending judicial recusal motion, creating a direct conflict with established due process rights.

In a move that further underscores the appearance of impropriety and institutional coordination, Judge Hackett was also selected to preside over the subsequently filed Order of Protection case, 25-OP-611, which targeted the same plaintiff. This OOP case resulted in:

A two-year "No Contact / No Stalking" order entered on May 22, 2025,

Despite procedural irregularities including lack of service,

And was issued even though prior court records showed the related matter as terminated.

This cross-assignment raises serious concerns regarding judicial neutrality, forum manipulation, and retaliation under color of law—especially given that:

The OOP blocked the Plaintiff from submitting Freedom of Information Act (FOIA) requests,

The hearing was not recorded, per confirmation from Court Reporter Sara M. Sapp,

And the order itself was issued during a period in which the judge refused to rule on a pending motion to recuse in the original family law case.

Taken together, Judge Hackett's conduct across both matters contributes directly to Plaintiff's claims of systematic due process violations, civil rights retaliation, and judicial misconduct under 42 U.S.C. §§ 1983 and 1985.

Appendix A Exhibit X1 – Judge Hackett's Unruled Motions (Procedural Neglect)

The docket in Case No. 22-DC-325, assigned to Judge Hackett, shows a pattern of judicial inaction and procedural suppression. Since November 26, 2024, over a dozen motions and filings submitted by Plaintiff Jeffrey Luffman remain pending with no ruling. These include:

Motion for Psychiatric Evaluation for the Child (11/26/2024)

Motion to Strike Order for Mediation (11/27/2024)

Motion for Contempt (01/02/2025)

Motion to Discharge Attorney (4/16/2025)

Motion for Protective Order (4/17/2025)

Motion for Procedural Clarification and Due Process Notice (4/23/2025)

Emergency Motion to Remove GAL (4/21/2025)

Motion to Compel Financial Discovery (4/21/2025)

Motion for Judicial Recusal with Exhibits A–F (5/15/2025)

As of May 27, 2025, Judge Hackett has failed to issue rulings on these motions, violating Plaintiff's right to a timely and impartial judicial process. The ongoing delays are compounded by orders issued during this period without resolving the recusal issue.

Appendix A Exhibit X2 – May 22, 2025 Improper Order of Protection

Despite the docket record showing termination of the related order of protection case, Judge Hackett presided over a hearing on May 22, 2025, that produced a new two-year "No Contact / No Stalking" order against Plaintiff Jeffrey Luffman (Case No. 25-OP-611). The order:

- Was entered without proper service, violating procedural requirements,

- Bars Plaintiff from submitting FOIA requests related to Collinsville CUSD #10,

- Expands judicial interference into First Amendment and FOIA statutory rights,

- Contains no hearing transcript or recording, per the Madison County Reporter Coordinator.

This constitutes a retaliatory abuse of process, further supporting claims under 42 U.S.C. §§ 1983 and 1985.

Appendix A Exhibit X3 – Failure to Record Three Substantive Hearings

Per email correspondence with Official Reporter Sara M. Sapp, Judge Hackett failed to record at least three hearings that resulted in substantive orders:

1. February 19, 2025 – Appointment of GAL Michael Wesley

2. May 14, 2025 – Hearing that resulted in , a court ordered psychiatric evaluation for the petitioner, a GAL directive and future scheduling

3. May 22, 2025 – Hearing that resulted in a two-year Order of Protection (see X2)

According to Ms. Sapp, no request for recording was made, and no live reporter was dispatched, which contradicts Illinois Supreme Court Rule 46 requiring courts to maintain a record in substantive family court proceedings.

This pattern reflects systematic procedural deprivation in an ongoing custody and civil rights matter, further supporting the Plaintiff's federal claims and providing independent grounds for judicial accountability, civil rights violations, and injunctive relief.

Executed this 27th day of May, 2025.

Respectfully submitted

/s/ Jeffrey Luffman

Jeffrey Luffman
Pro Se Plaintiff
212 Camelot Dr.
Collinsville, IL 62040
(636) 675-4864
jeffrey.luffman@outlook.com

COURT DOCKET - MADISON COUNTY CIRCUIT COURT                 *Appendix A - Exhibit D*

```
                                                      1F   CSP048
                  FOREIGN JUDGMENT                  Date:  5/20/2025
                                                    Time: 10/55/37
                                                    Page:    1
    2022 DC 000325  Judge: HACKETT JOHN P     From 0/00/0000 To 99/99/9999
                                                    User: HALL8
         Case Names_____  Attorney Names_____  Wsid: PUBLIC18
         LUFFMAN JEFFREY       Pro Se
            VS
         LUFFMAN MAEGEN                                All Entries For Case
         L D J                 SWANSON MICHAEL J
         BUCKLEY KATHY         WESLEY MICHAEL R
__Date__
```

10/05/2022 PETITIONER JEFFREY LUFFMAN'S PETITION TO REGISTER ENROLL FOREIGN JUDGM
          Plaintiff LUFFMAN JEFFREY  Defendant LUFFMAN MAEGEN
          ENT

10/05/2022 PETITIONER'S NOTICE OF REGISTRATION OF FOREIGN JUDGMENT FILED BY
          Plaintiff LUFFMAN JEFFREY

10/05/2022 DISSOLUTION WITH CHILDREN Fee $314.00  FILED BY
          Plaintiff LUFFMAN JEFFREY

10/05/2022 OTHER FILING DOCUMENT ATTORNEY STEINMAN'S ENTRY OF APPEARANCE ON BEFAL
          FILED BY  Plaintiff LUFFMAN JEFFREY
          F OF PETITIONER JEFFREY LUFFMAN

10/07/2022 CERTIFICATE OF SERVICE FILED BY  Plaintiff LUFFMAN JEFFREY

10/07/2022 ORDER INITIAL CMC SET 11/16/22 AT 9:30AM VIA TELEPHONE (C/S PA,D)
          SIGNED BY  JUDGE CARRUTHERS ANDREW K

10/07/2022 (INITIAL CMC)    ***TELEPHONE***
          ATTY STEINMAN   466-2800
          DEFT   (702) 813-3032
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Nov 16,2022 09:30AM Judge CARRUTHERS

10/17/2022 APPLICATION FOR WAIVER OF COURT FEES, PROOF OF INCOME, PROPOSED ORDER
          FILED BY  Defendant LUFFMAN MAEGEN

10/20/2022 FEE WAIVER ORDERED 100 PERCENT WAIVED S/CARRUTHERS (C/S)
          Defendant LUFFMAN MAEGEN

11/16/2022 ORDER CMC/DEFAULT SET 12/21/22 AT 11:15AM BY TELEPHONE.RESP TO
          APPEAR AT NEXT SETTING OR SHE WILL BE DEFAULTED S/CARRUTHERS
          (C/S PA,D)

11/16/2022 (CMC/DEFAULT)     ***TELEPHONE***
          ATTY STEINMAN   466-2800
          ATTY HOGAN   (314) 421-2600
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Dec 21,2022 11:15AM Judge CARRUTHERS

11/16/2022 ENTRY OF APPEARANCE FILED BY  Defendant LUFFMAN MAEGEN

12/01/2022 MAIL RETURNED UNDELIVERED.11/16/22 ORDER Defendant LUFFMAN MAEGEN

12/21/2022 JUDGMENT AND RECORD OF BEXAR CO,TX CASE IS REGISTERED AND

              C O N T I N U E D   O N   N E X T   P A G E

```
COURT DOCKET - MADISON COUNTY CIRCUIT COURT          2   CSP048
                                              Date:  5/20/2025
           FOREIGN JUDGMENT                   Time: 10/55/37
                                              Page:    2
  2022 DC 000325  Judge: HACKETT JOHN P    From  0/00/0000 To 99/99/9999
                                              User: HALL8
__Date__
12/21/2022 ENROLLED IN MADISON,CO,IL FOR ALL PURPOSES.CLOSE FILE
           S/CARRUTHERS (C/S PA,DA)
           Status:Judgment / Decree  Report:TERMINATED  Dec 21,2022


4/17/2024 MOTION TO MODIFY PARENTING TIME AND ALLOCATION OF PARENTAL RESPONSIBIL
          FILED BY  Plaintiff LUFFMAN JEFFREY
          ITIES INCLUDING DECISION-MAKING RESPONSIBILITIES AND CHILD SUPPORT
          (TAKEN TO JUDGE 4-22-24)

4/17/2024 ENTRY OF APPEARANCE FILED BY  Plaintiff LUFFMAN JEFFREY

4/30/2024 (CMC)
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Jun 05,2024 10:00AM Judge ZIMMERMAN

4/30/2024 INITIAL CASE MANAGEMENT CONFERENCE SETTING ORDER CASE IS SET ON
          6-5-24 AT 10:00AM S/ZIMMERMAN CE TO PA CS TO P
          Document ICMC.DOC Was Printed

4/30/2024 ORDER- CASE IS ASSIGNED TO THE HONORABLE ZIMMERMAN S/DONOHOO
          CE TO PA CS TO D

5/17/2024 ENTRY OF APPEARANCE FILED BY  Defendant LUFFMAN MAEGEN

5/17/2024 MOTION TO DISMISS MOTION TO MODIFY PARENTING TIME AND ALLOCATION OF PA
          FILED BY  Defendant LUFFMAN MAEGEN
          RENTAL RESPONSIBILITIES INCLUDING DECISION MAKING RESPONSIBILITIES AND
          CHILD SUPPORT

5/17/2024 AFFIDAVIT IN SUPPORT FILED BY  Defendant LUFFMAN MAEGEN

5/20/2024 CERTIFICATE OF ACHIEVEMENT FILED BY  Plaintiff LUFFMAN JEFFREY

6/05/2024 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET FOR HEARING ON
          MOTION TO DISMISS ON JULY 29, 2024 AT 9:30AM S/ZIMMERMAN CG TO DA CE T
          O PA

6/05/2024 (MOTION TO DISMISS)
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Jul 29,2024 09:30AM Judge ZIMMERMAN

6/21/2024 MOTION TO STRIKE MOTION TO DISMISS FILED BY  Plaintiff LUFFMAN JEFFREY

7/19/2024 OTHER FILING DOCUMENT RESPONSE TO MOTION TO STRIKE FILED BY
          Defendant LUFFMAN MAEGEN

7/22/2024 NOTICE OF FILING FILED BY  Plaintiff LUFFMAN JEFFREY

7/24/2024 PETITION FOR RULE TO SHOW CAUSE FILED BY  Defendant LUFFMAN MAEGEN

7/24/2024 AFFIDAVIT OF MAEGEN ROZYCKI FILED BY  Defendant LUFFMAN MAEGEN
```

C O N T I N U E D   O N   N E X T   P A G E

```
COURT DOCKET - MADISON COUNTY CIRCUIT COURT              3   CSP048
                                                 Date:  5/20/2025
              FOREIGN JUDGMENT                   Time: 10/55/37
                                                 Page:   3
       2022 DC 000325  Judge: HACKETT JOHN P     From  0/00/0000 To 99/99/9999
                                                 User: HALL8
  __Date__
```

7/24/2024 PROPOSED ORDER FILED BY  Defendant LUFFMAN MAEGEN

7/29/2024 ORDER- RESPONDENTS MOTION TO DISMISS IS HEREBY GRANTED. PETITIONER
          IS GRANTED LEAVE TO RE-FILE W/IN 21 DAYS. ALL DISCOVERY IS STAYED UNTI
          L FURTHER ORDER S/ZIMMERMAN CG TO DA CE TO PA

8/01/2024 AMENDED MOTION TO MODIFY FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 8-8-24)

8/19/2024 (CMC/SET PENDING MOTION)
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Sep 18,2024 09:00PM Judge HACKETT

8/19/2024 INITIAL CASE MANAGEMENT CONFERENCE SETTING ORDER CASE IS SET ON
          9-18-24 AT 9:00AM S/HACKETT CE
          Document ICMC.DOC Was Printed

8/29/2024 MOTION TO DISMISS AMENDED MOTION TO MODIFY PARENTING TIME AND ALLOCATI
          FILED BY  Defendant LUFFMAN MAEGEN
          ON OF PARENTAL RESPONSIBILITIES

8/29/2024 AFFIDAVIT OF MAEGEN ROZYCKI FILED BY  Defendant LUFFMAN MAEGEN

9/18/2024 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET FOR PFRHC/MOTION TO
          DISMISS ON 10-18-24 AT 1:00PM. PETITIONER IS NOT REQUIRED TO FILE AN
          ANSWER TO THE PETITION FOR RULE TO SHOW CAUSE BY AGREEMENT NOT IS RESP
          ONDENT REQUIRED TO FILE AN AMENDED PETITION BY AGREEMENT S/HACKETT CG
          TO DA CE TO PA

9/18/2024 (PFRHC/MOTIN TO DISMISS)
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Oct 18,2024 01:00PM Judge HACKETT

10/18/2024 ORDER RE: PETITION FOR RULE TO SHOW CAUSE.  RESPONDENTS MOTION TO
           DISMISS IS DENIED.  THE DISCOVERY STAY OF JULY 29, 2024 IS HEREBY
           LIFTED.  CAUSE SET FOR CASE MGMT CONFERENCE ON NOVEMBER 6, 2024 AT 11:
           00AM S/HACKETT CG

10/18/2024 (CMC)
           Document CNOT2.DOC Not Printed
           FAMILY HEARINGS Nov 06,2024 11:00AM Judge HACKETT

11/05/2024 MOTION TO MODIFY PARENTING TIME FILED BY  Defendant LUFFMAN MAEGEN
           (TAKEN TO JUDGE 11-7-24)

11/06/2024 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET ON 12-18-24 AT 9:00AM
           S/HACKETT CE

11/06/2024 (CMC)
           Document CNOT2.DOC Not Printed
           FAMILY HEARINGS Dec 18,2024 09:00AM Judge HACKETT

C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - MADISON COUNTY CIRCUIT COURT                    4   CSP048
                                                        Date:  5/20/2025
                    FOREIGN JUDGMENT                    Time:  10/55/37
                                                        Page:    4
        2022 DC 000325  Judge: HACKETT JOHN P      From  0/00/0000 To 99/99/9999
                                                        User: HALL8
__Date__

11/06/2024 ORDER OF REFERRAL TO MEDIATION.  MEDIATOR SHALL BE KATHY BUCKLEY.
           CASE SET FOR CMC ON 12-18-24 AT 9:00AM S/HACKETT CE

11/26/2024 MOTION FOR COUNSELING WITH ATTACHMENTS FILED BY
           Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 12-5-24)

11/27/2024 MOTION TO STRIKE ORDER FOR MEDIATION AND APPOINT A GUARDIAN AD LITEM
           FILED BY  Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 12-5-24)

12/13/2024 MOTION TO WITHDRAW FILED BY  Plaintiff LUFFMAN JEFFREY

12/13/2024 CONSENT TO WITHDRAW FILED BY  Plaintiff LUFFMAN JEFFREY

12/13/2024 PROPOSED ORDER FILED BY  Plaintiff LUFFMAN JEFFREY

12/18/2024 ORDER- MOTION TO W/DRAW IS ALLOWED CG TO DA CE TO PA  CG TO P SIGNED BY
           JUDGE HACKETT JOHN P

12/18/2024 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET FOR A CMC/STATUS
           OF MEDIATION ON JANUARY 15, 2025 AT 10:30AM.  PETITIONER CONSENTS TO
           WITHDRAWAL.  MOTION TO STRIKE MEDIATION IS DENIED S/HACKETT CG

12/18/2024 (CMC/STATUS OF MEDIATION)
           Document CNOT2.DOC Not Printed
           FAMILY HEARINGS Jan 15,2025 10:30AM Judge HACKETT

12/20/2024 MOTION FOR CONTEMPT AND PROPOSED ORDER FILED BY
           Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 1-7-25)

 1/02/2025 AMENDED MOTION FILED BY  Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 1-7-25)

 1/02/2025 EXHIBIT A FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT B FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT C FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT C PT 2 FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT C PT 3 FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT D FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT E FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT F FILED BY  Plaintiff LUFFMAN JEFFREY

 1/02/2025 EXHIBIT H FILED BY  Plaintiff LUFFMAN JEFFREY

C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - MADISON COUNTY CIRCUIT COURT

FOREIGN JUDGMENT

2022 DC 000325  Judge: HACKETT JOHN P

```
                                               5   CSP048
                                          Date:  5/20/2025
                                          Time: 10/55/37
                                          Page:    5
                    From  0/00/0000 To 99/99/9999
                                          User: HALL8
```

__Date__

1/02/2025 EXHIBIT G FILED BY  Plaintiff LUFFMAN JEFFREY

1/02/2025 EXHIBIT I FILED BY  Plaintiff LUFFMAN JEFFREY

1/02/2025 EXHIBIT J FILED BY  Plaintiff LUFFMAN JEFFREY

1/07/2025 MOTION TO WITHDRAW BY CONSENT FILED BY  Defendant LUFFMAN MAEGEN

1/07/2025 PROPOSED ORDER ORDER GRANTING ATTORNEY LEAVE TO WITHDRAW FILED BY
          Defendant LUFFMAN MAEGEN

1/08/2025 ORDER GRANTING ATTNY LEAVE TO W/DRAW CG TO DA CS TO P & D SIGNED BY
          JUDGE HACKETT JOHN P

1/08/2025 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET ON FEBRUARY 19, 2025
          AT 2:00PM.  SETTING OF JANUARY 15, 2025 IS HEREBY CANCELED BY ORDER OF
          THE COURT. THIS MATTER IS RESET FOR CASE MGMT CONFERENCE AT 2:00P WEDN
          ESDAY FEBRUARY 19, 2025 S/HACKETT CG TO DA CS TO P & D

1/08/2025 (CMC)
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Feb 19,2025 02:00PM Judge HACKETT

1/09/2025 AMENDED MOTION TO CONTEMPT FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 1-21-25)

1/27/2025 ENTRY OF APPEARANCE FILED BY  Defendant LUFFMAN MAEGEN

2/04/2025 OTHER FILING DOCUMENT MEDIATOR REPORT FILED BY  OTHER NAME BUCKLEY KATHY
          (TAKEN TO JUDGE 2-6-25)

2/12/2025 FINANCIAL AFFIDAVIT SEALED FINANCIAL AFFIDAVIT FILED BY
          Plaintiff LUFFMAN JEFFREY

2/12/2025 MOTION TO MODIFY CS AND ATTACHMENTS FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 2-18-25)

2/13/2025 Copies Fee $19.25  Plaintiff LUFFMAN JEFFREY

2/13/2025 MOTION FOR RULE 215(A) EXAMINATION FILED BY  Defendant LUFFMAN MAEGEN
          (TAKEN TO JUDGE 2-18-25)

2/13/2025 PETITION TO MODIFY PARENTING TIME FILED BY  Defendant LUFFMAN MAEGEN
          (TAKEN TO JUDGE 2-18-25)

2/13/2025 PETITION TO APPOINT GUARDIAN AD LITEM FILED BY  Defendant LUFFMAN MAEGEN
          (TAKEN TO JUDGE 2-18-25)

2/14/2025 MOTION TO ORDER DRUG TESTING FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 2-18-25)

2/14/2025 MOTION MOT TO CHALLENGE SERVICE AND REQUEST COURT INTERVENTION FILED BY
          Plaintiff LUFFMAN JEFFREY

C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - MADISON COUNTY CIRCUIT COURT                  6   CSP048
                                                      Date:  5/20/2025
                    FOREIGN JUDGMENT                  Time: 10/55/37
                                                      Page:   6
        2022 DC 000325  Judge: HACKETT JOHN P    From  0/00/0000 To 99/99/9999
                                                      User: HALL8

__Date__
 2/14/2025 (TAKEN TO JUDGE 2-18-25)

 2/14/2025 PROOF OF SERVICE/CERTIFICATE OF SERVICE PROOF OF DELIVERY FILED BY
           Plaintiff LUFFMAN JEFFREY

 2/14/2025 FINANCIAL AFFIDAVIT SEALED AMENDED FIN AFF FILED BY
           Plaintiff LUFFMAN JEFFREY

 2/14/2025 AMENDED MOTION FOR DRUG TESTING FILED BY  Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 2-18-25)

 2/19/2025 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET ON MARCH 26, 2025
           AT 9:00AM.  SEE SEPARATE ORDER APPOINTING GAL S/HACKETT CS TO P CE TO
           DA

 2/19/2025 (CMC)
           Document CNOT2.DOC Not Printed
           FAMILY HEARINGS Mar 26,2025 09:00AM Judge HACKETT

 2/19/2025 ORDER CONCERNING MINOR CHILDREN ENTERED. GAL APPOINTED IS
           MIKE WESLEY S/HACKETT CS TO P CE TO DA

 2/19/2025 ENTRY OF APPEARANCE FILED BY  Plaintiff LUFFMAN JEFFREY

 3/04/2025 PROOF OF SERVICE/CERTIFICATE OF SERVICE CERTIFICATE OF SERVICE (INTERR
           FILED BY  Plaintiff LUFFMAN JEFFREY
           OGATORIES RELATIVE TO PARENTAL ALLOCATION AND PARENTING TIME, REQUEST
           AND NOTICE TO PRODUCE PURSUANT TO SUPREME COURT RULES AND DEMAND FOR P
           RODUCTION PURSUANT TO LOCAL COURT RULE 2.05)

 3/26/2025 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET FOR CMC/STATUS OF
           GAL REPORT ON MAY 14, 2025 AT 9:00AM.  GAL TO CONTINUE INVESTIGATION
           S/HACKETT CE

 3/26/2025 (CMC/STATUS OF GAL REPORT)
           Document CNOT2.DOC Not Printed
           FAMILY HEARINGS May 14,2025 09:00AM Judge HACKETT

 4/16/2025 MOTION TO DISCHARGE ATTY AS COUNSEL FILED BY  Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 4-21-25)

 4/16/2025 VERIFICATION FILED BY  Plaintiff LUFFMAN JEFFREY

 4/16/2025 CERTIFICATE OF SERVICE FILED BY  Plaintiff LUFFMAN JEFFREY

 4/17/2025 MOTION TO COMPEL W/PROPOSED ORDER & EXHIBITS FILED BY
           Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 4-21-25)

 4/17/2025 MOTION TO APPOINT SPECIAL COUNSEL W/EXHIBITS & PROPOSED ORDER FILED BY
           Plaintiff LUFFMAN JEFFREY
           (TAKEN TO JUDGE 4-21-25)

          C O N T I N U E D   O N   N E X T   P A G E

```
COURT DOCKET - MADISON COUNTY CIRCUIT COURT                    7   CSP048
                                                         Date:  5/20/2025
                  FOREIGN JUDGMENT                       Time: 10/55/37
                                                         Page:    7
      2022 DC 000325  Judge: HACKETT JOHN P    From  0/00/0000 To 99/99/9999
                                                         User: HALL8
__Date__
```

4/17/2025 MOTION FOR PROTECTIVE ORDER W/EXHIBITS & PROPOSED ORDER FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-21-25)


4/17/2025 NOTICE TO TAKE JUDICIAL NOTICE FILED BY  Plaintiff LUFFMAN JEFFREY


4/17/2025 MOTION FOR STSTUS CONFERENCE W/PROPOSED ORDER FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-21-25)


4/17/2025 MOTION FOR LEAVE TO SUPPLEMENT THE RECORD FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-21-25)


4/21/2025 PROOF OF SERVICE FILED BY  Plaintiff LUFFMAN JEFFREY


4/21/2025 MOTION EMERGENCY MOTION TO REMOVE GUARDIA AD LITEM W/PROP ORDER FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-21-25)


4/21/2025 EXHIBITS FILED BY  Plaintiff LUFFMAN JEFFREY


4/22/2025 MOTION TO SUPPLEMENT THE RECORD W/EXHIBITS A-G FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-24-25)


4/23/2025 MOTION TO CLARIFY EXHIBITS A-H NOT A-G FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-24-25)


4/23/2025 MOTION FOR PROCEDURAL CLARIFICATION & DUE PROCESS NOTICE FILED BY
          Plaintiff LUFFMAN JEFFREY
          WITH EXHIBIT A
          (TAKEN TO JUDGE 4-24-25)


4/23/2025 MOTION TO SUPPLEMENT THE RECORD WITH EXHIBITS I-K FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-24-25)


4/23/2025 MOTION REQUESTING INDEP INVESTIGATION W/EXHIBITS A-E FILED BY
          Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-24-25)


4/28/2025 MOTION TO COMPEL FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-28-25)


4/28/2025 EMERGENCY MOTION W/ EXHIBIT FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 4-28-25)


4/28/2025 MOTION TO WITHDRAW FILED BY  Plaintiff LUFFMAN JEFFREY
          (GIVEN TO JUDGE 4-30-25)


              C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - MADISON COUNTY CIRCUIT COURT                    8    CSP048
                                                        Date:  5/20/2025
                    FOREIGN JUDGMENT                    Time: 10/55/37
                                                        Page:    8
        2022 DC 000325   Judge: HACKETT JOHN P      From  0/00/0000 To 99/99/9999
                                                        User: HALL8

__Date__

4/28/2025 PROPOSED ORDER FOR MOTION TO WITHDRAW FILED BY
          Plaintiff LUFFMAN JEFFREY
          (GIVEN TO JUDGE 4-28-25)


4/30/2025 ORDER GRANTING MOTION TO W/DRAW S/HACKETT CS TO P CE TO PA, DA &
          GAL


5/07/2025 MOTION NOT TO SUBMIT FA FILED BY  Plaintiff LUFFMAN JEFFREY
          (TAKEN TO JUDGE 5-8-25)


5/07/2025 FINANCIAL AFFIDAVIT SEALED FINANCIAL AFFIDAVIT FILED BY
          Plaintiff LUFFMAN JEFFREY


5/14/2025 CASE MANAGEMENT CONFERENCE ORDER CASE IS SET ON 7-9-25 AT 9:00AM.
          SEE ORDER FOR DETAILS S/HACKETT CG TO P CE TO DA & GAL


5/14/2025 (CMC)
          Document CNOT2.DOC Not Printed
          FAMILY HEARINGS Jul 09,2025 09:00AM Judge HACKETT


5/14/2025 ORDER FOR DRUG TESTING AS TO BOTH PARTIES CG TO P CE TO DA & GAL
          SIGNED BY   JUDGE HACKETT JOHN P
          CE TO JULIE ON 2ND  FL


5/15/2025 MOTION TO RECUSE JUDGE FOR PROCEDURAL IRREGULARITIES W/ EXHIBITS
          FILED BY  Plaintiff LUFFMAN JEFFREY
          A-F
          (TAKEN TO JUDGE 5-19-25)


5/19/2025 Copies Fee $2.00  Plaintiff LUFFMAN JEFFREY

*Exhibit 2*

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

Mark B. Skretich
Petitioner's Name

Name(s) of other protected parties
Laura Bayer
Bradley Hyre
Check if filing on behalf of:
☐ a minor child ☐ an adult who because of age, disability, health, or inaccessibility cannot file the petition *(list name(s) below)*

_____

vs.

Jeffrey Luffman
Respondent's Name

☐ Independent
☐ Criminal
☐ Juvenile

**FILED**

MAY 22 2025

CLERK OF CIRCUIT COURT #36
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS
(File stamp)

Case # 25 OP 611

(to be completed by court)

## STALKING NO CONTACT ORDER

---

## ☐ EMERGENCY STALKING NO CONTACT ORDER

Issued on:    Date:_____    Time:_____ ☐ a.m. ☐ p.m.

Expires on:   Date:_____    Time:_____ ☐ a.m. ☐ p.m.

### ☐ NOTICE

Hearing is set for:  Date:_____    Time:_____ ☐ a.m. ☐ p.m.  at the

Madison County Courthouse, Courtroom 214, 155 North Main Street, Edwardsville, IL 62025.

---

## ☑ PLENARY STALKING NO CONTACT ORDER
### (Requires Service of Process under 740 ILCS 22/208)

Issued on:    Date: March 22 2025    Time:_____ ☐ a.m. ☐ p.m.
In effect until:
☒ March 21_____, 20 2027 (not to exceed 2 years)
☐ This Stalking No Contact Order is modified or vacated (see attached Order).
☐ Final Disposition when a Bond Forfeiture Warrant has been issued.
☐ Two years following expiration of any sentence of supervision, conditional discharge, probation, periodic imprisonment, imprisonment or mandatory supervised release on _____.
☐ Final judgment is rendered in Case No. _____.
☐ Petitioner ☐ Respondent given a copy of this Order in open court on _____.

Form approved by the Conference of Chief Circuit Judges.
Effective December 11, 2009
Use required after January 1, 2010

Page 1 of 5 – Stalking No Contact Order

## PETITIONER INFORMATION

Name: _Mark B Skertich_

Address: _201 W Clay Street Collinsville IL 62234_
         (Street/P.O. Box)      (City)      (State)      (Zip Code)

☐ Disclosure of Petitioner's address would risk further harm. The address listed above is Petitioner's and/or protected party's alternative address for service of notice.

Other protected persons (person to be included in the Stalking No Contact Order), in addition to the Petitioner are:

Name: _Laura Bauer_

Address: _____
      (Street/P.O. Box)      (City)      (State)      (Zip Code)

Name: _Bradley Hyre_

Address: _____
      (Street/P.O. Box)      (City)      (State)      (Zip Code)

## RESPONDENT INFORMATION (if known)

Name: _Jeffrey Luffman_

Address: _212 Camelot Dr Collinsville IL 62234_
        (Street/P.O. Box)      (City)      (State)      (Zip Code)

Name of Workplace: _____ Work Hours: _____

☐ Work Address: _____
      (Street/P.O. Box)      (City)      (State)      (Zip Code)

Distinguishing Physical Features (tattoos, marks, scars, etc): _____

_____

Respondent is incarcerated at: _____

☐ Respondent's address is unknown

## CAUTION INDICATOR: Respondent may be ☐ A ☐ S ☐ Y

Page 2 of 5 – Stalking No Contact Order

**NOTICE TO RESPONDENT**

ANY KNOWING VIOLATION OF A STALKING NO CONTACT ORDER IS A CLASS A MISDEMEANOR. ANY SECOND OR SUBSEQUEST VIOLATION IS A CLASS 4 FELONY.

## NOTICE TO LAW ENFORCEMENT AGENCIES AND OFFICERS

Any law enforcement officer may make an arrest without warrant if the officer has probable cause to believe that the person has committed or is committing a violation of a stalking no contact order (740 ILCS 21/130 (a))

## FINDINGS (Emergency Order)

☐ The Court finds that good cause exists for granting the remedy regardless of prior service of process or notice upon the Respondent, because the harm which that remedy is intended to prevent would be likely to occur if Respondent were given any prior notice or greater notice than was given, of Petitioner's efforts to obtain judicial relief.

## FINDINGS (Jurisdiction)

The Court finds that Respondent:

☒ has been served with process and notice pursuant to statute.
☐ has entered an appearance in this case.
☐ is present in court, in person, and/or with counsel, _____
☒ is in default.
☐ has filed an answer.

The court finds that the Petitioner:

☐ has diligently attempted to complete service of process, has not been able to serve Respondent, and has given notice by publication (service completed 30 days after the first of three publication notices). Reasonable efforts to accomplish actual service has been shown by evidence or affidavit (740 ILCS 21/60 (c)).

## FINDINGS (General)

In granting the following remedies, the Court has considered all relevant factors, including but not limited to the nature, severity and impact on the Petitioner of Respondent's two or more acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets of Petitioner, including Respondent's concealment of his/her location in order to evade service of process or notice, and the likelihood of danger of future acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets of the party to be protected.

The Court further finds that:

☒ Venue is proper (740 ILCS 21/55).
☒ Upon examination of the Verified Petition, Petitioner under oath, and other evidence, Petitioner is a victim of two or more acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets by Respondent.
☐ The victim is unable to bring this Petition on his/her own behalf due to age, health, disability, or inaccessibility (740 ILCS 21/15(b)).
☐ The parties stipulate to a factual basis for the issuance of a Stalking No Contact Order.

Page 3 of 5 – Stalking No Contact Order

**IT IS ORDERED THAT:**

1. ☒ Respondent is prohibited from threatening to commit or committing stalking personally or through third party.
2. ☒ That the Respondent may not contact the Petitioner and/or other protected persons in any way, directly, indirectly or through third parties, including but not limited to, phone, written notes, mail, e-mail, or fax.
3. ☒ That the Respondent be ordered to stay at least __100__ feet away from the Petitioner and/or other protected persons, residence, school daycare, employment and any other specified place. That Respondent be prohibited from entering or remaining at the Petitioner's and/or other protected persons':

   ☒ place of residence, located at _Not Disclosed_ ____

   ☒ place(s) of employment, located at _All Collinsville CUSD school property and events wherever located_ ____

   ☐ school(s) and/or daycare, located at ____

   ☐ and any of the following specified places, when Petitioner and/or other protected persons are present:
   ____

4. ☐ That the Respondent be prohibited from possessing a Firearms Owners Identification Card, or possessing or buying firearms.
5. ☒ Other injunctive relief as follows: _prohibited from contacting petitioners on work or personal phones, email, or other communication platforms, prohibited from naming petitioners in social media and emails to third parties. see attached for additional relief._

If petitioner is requesting costs and/or attorney fees, petitioner shall file a motion and itemized bills and invoices within 30 days of this order.

This order can be extended upon notice filed in the office of the Clerk of this Court and a hearing held **prior to the expiration of this Order.** NOTE: To ensure adequate time for a hearing, it is recommended that Petitioner seek an extension at least three (3) weeks prior to the expiration of this order.

_____
JUDGE

I hereby certify that this is a true and correct copy of the original Order on file with the court.

(Seal of the Clerk)

Patrick McRae
Clerk of the Circuit Court
Madison County, Illinois

Date: _5-22-25_

By: _____
Deputy Clerk

cc: ☐ Petitioner ☐ Respondent ☐ Counsel of Record ☐ Sheriff ☐ Advocate ☐ Jail ☐ S/A

Page 4 of 5 – Stalking No Contact Order

## DEFINITION OF TERMS USED IN THIS PETITION

8. **Stalking No Contact Order:** an emergency order or plenary order granted under the Stalking No Contact Order Act (the Act), which includes any remedy authorized by 740 ILCS 21/80.

9. **Course of Conduct:** means two or more acts, including but not limited to acts in which a respondent directly, indirectly, or through third parties, by any action, method, device, or means communicates to or about a person, engages in other contact, or interferes with or damages a person's property or pet. A course of conduct may include contact via electronic communications. The incarceration of a person in a penal institution who commits the course of conduct is not a bar to prosecution under this Section.

10. **Emotional distress:** means significant mental suffering, anxiety or alarm.

11. **Contact:** includes any contact with the victim, that is initiated or continued without the victim's consent, or that is in disregard of the victim's expressed desire that the contact be avoided or discontinued, including but not limited to being in the physical presence of the victim; appearing within the sight of the victim; appearing within the sight of the victim; approaching or confronting the victim in a public place or on private property; appearing at the workplace or residence of the victim; entering onto or remaining on property owned, leased, or occupied by the victim.

12. **Petitioner:** means any named petitioner for the stalking no contact order or any named victim of stalking on whose behalf the petition is brought.

13. **Reasonable Person:** means a person in the petitioner's circumstances with the petitioner's knowledge of the respondent and the respondent's prior acts.

14. **Stalking:** means engaging in a course of conduct directed at a specific person, and he or she knows or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety or the safety of a third person or suffer emotional distress. Stalking does not include an exercise of the right to free speech or assembly that is otherwise lawful or picketing occurring at the workplace that is otherwise lawful and arises out of a bona fide labor dispute, including any controversy concerning wages, salaries, hours, working conditions or benefits, including health and welfare, sick leave, insurance, and pension or retirement provisions, the making or maintaining of collective bargaining agreements, and the terms to be included in those agreements.

# THIRD JUDICIAL CIRCUIT
# MADISON COUNTY, ILLINOIS

Skutich, M
_____
**Plaintiff/Petitioner**

vs.

Luffman, J
_____
**Defendant/Respondent**

FILED

MAY 2 2 2025

CLERK OF CIRCUIT COURT #36
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

No. _____

Div. _____

25 OP 611

## ORDER

Additionally,

Respondent is additionally precluded from submitting Freedom of Information Act requests to Collinsville CUSD 10 that have no relation to his child.

This ruling is supported by the intent of Section 1 of 5 ILCS 140/1, Freedom of Information Act, "this Act is not intended to cause disrupt the duly undertaken work of any public body..." and the purpose of FOIA.

Additionally no evidence or testimony is presented to the contrary. Respondent offers no argument as he fails to appear.

Petitioner presents as evidence what the Court deems to be frivolous and harassing correspondence quised as FOIA Requests. This Court cannot construe the FOIA statute as an avenue for one to lodge complaints, harass or intimidate the recipient simply because the correspondence takes the form of a FOIA request, and allows the Petitioner to circumvent this Order. This Order shall not be construed to limit requests specific to Respondent's child.

Date  22 MAY 2025
_____

_____
**Judge**

 Outlook

---

**RE: Transcript Request for Case 22-DC-325**

From Sara M. Sapp <smsapp@madisoncountyil.gov>

Date Tue 05/27/2025 1:10 PM

To    Jeffrey Luffman <jeffrey.luffman@outlook.com>

I just checked through Judge Hackett's recordings from May and I do not see anything related to this matter. I also checked with my supervisor to be sure she didn't send a live reporter to anything in your OP case, and she did not. If I'm mistaken on the May hearing date, let me know and I can check another month as well.

Thanks!

Sara


**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Tuesday, May 27, 2025 12:44 PM
**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**

Hello Ma'am, can I please get a transcript of the hearing for 25 OP 611 where Judge Hackett issued and order of protection against me ?

Jeff Luffman
9123187505
6366754864
jeffrey.luffman@outlook.com


**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Tuesday, May 27, 2025 8:28:56 AM
**To:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Subject:** RE: Transcript Request for Case 22-DC-325

Good Morning, Mr. Luffman,

Normally, a record always has to be requested, either by one of the parties or their attorney if they have one. I just checked Judge Hackett's recordings from February and I do not see anything for

your case there.  If a different judge heard your case that day, let me know and I can check there as
well.  But, if you were with Judge Hackett, there's nothing recorded for that date.

Thanks!

Sara

**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Saturday, May 24, 2025 5:48 AM
**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking
links, especially from unknown senders.**

Hello Ma'am. I understand. Can I get copy of the transcripts for 19 February 2025 case management hearing
that resulted in the appointment order for GAL Michael Wesley please?

Mr. Fahrenkamp represented me at that hearing that produced the substantive order for the GAL, would that
require anyone to request the hearing be recorded?

Thank you,

Jeff Luffman
9123187505
6366754864
jeffrey.luffman@outlook.com

**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Wednesday, May 14, 2025 1:25 PM
**To:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Subject:** RE: Transcript Request for Case 22-DC-325

Hi again, Mr. Luffman,

I just checked with Judge Hackett, and he let me know that your hearing this morning was not
requested to be on the record, so there is no recording for me to pull.

Just so you have the info going forward, not every proceeding in this courthouse goes on the record
by default.  Typically, you'll need to make a request to the Judge that a record be made if you think
you will want a transcript.  If a court reporter is available, we'll come to the courtroom and take the
record.  Since there are only a few of us, if no court reporter is available at that time, the Judge will
record it so it can be transcribed later.

If there's anything further I can assist you with, just let me know.

**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Wednesday, May 14, 2025 10:44 AM
**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes ma'am it was today at about 930 and just concluded

Jeffrey Luffman
9123187505
6366754864

**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Wednesday, May 14, 2025 10:37:16 AM
**To:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Subject:** RE: Transcript Request for Case 22-DC-325

Good Morning,

Let me pull that one up and see about getting it transcribed. Could you please tell me the date of the hearing so I can look up the recording?

Thank you,

Sara

**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Wednesday, May 14, 2025 10:34 AM
**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Sara, can I please get the transcripts from my case management hearing 22-dc-325 ?

Thank you

Jeffrey Luffman
9123187505
6366754864

**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Friday, May 2, 2025 1:04:50 PM
**To:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Subject:** RE: Transcript Request for Case 22-DC-325

Yes. This all of the October 18th, 2024, hearing, which included proceedings from the Petition for Rule to Show Cause and the Motion to Dismiss.

Sara

**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Friday, May 2, 2025 12:27 PM
**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**

Thank you for providing this. This is the motion to dismiss my motion and the show cause together?

Jeff Luffman
9123187505
6366754864
jeffrey.luffman@outlook.com

**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Friday, May 2, 2025 11:46:26 AM
**To:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Subject:** RE: Transcript Request for Case 22-DC-325

Good Morning, Mr. Luffman,

Please see the final invoice for your transcript attached to this email. You may either mail a check to the address at the top or deliver it in person to the Chief Judge's Office on the 4th floor of the courthouse.

Thank you!

Sara

**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Monday, April 28, 2025 10:20 AM

**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello Ma'am.  Thank you for the update regarding the transcript. I appreciate your communication and will await the finalization for confirmation of the final total.

With the last transcript, that's how it went. That will work fine with me if that works for you.

Jeffrey Luffman
9123187505
6366754864
jeffrey.luffman@outlook.com

---

**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Monday, April 28, 2025 10:14:35 AM
**To:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Subject:** RE: Transcript Request for Case 22-DC-325

Good Morning, Mr. Luffman,

I'd like to update you that the page count is not going to be as high as I anticipated, most likely, due to the way the hearing is going.  If you haven't already written the check, a $300 deposit is fine.  If you've already written it out, no worries, I will refund you the appropriate amount when I have the transcript finalized.

Thank you!

Sara

---

**From:** Jeffrey Luffman <jeffrey.luffman@outlook.com>
**Sent:** Thursday, April 24, 2025 10:12 AM
**To:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Subject:** Re: Transcript Request for Case 22-DC-325

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Perfect

Jeff Luffman
9123187505
6366754864
jeffrey.luffman@outlook.com

**From:** Sara M. Sapp <smsapp@madisoncountyil.gov>
**Sent:** Thursday, April 24, 2025 10:09:12 AM
**To:** jeffrey.luffman@outlook.com <jeffrey.luffman@outlook.com>
**Subject:** Transcript Request for Case 22-DC-325

Good Morning, Mr. Luffman,

My supervisor let me know that you would like a copy of the transcript from your October 18, 2024, hearing in front of Judge Hackett.  Since there was not a court reporter present, it was recorded and will need to be transcribed, so I do not have the final page count at this time.  However, I can tell from the length of the video that it will be around 100 pages.  Per state page rates, I would need a deposit of $400.00 to begin work on this particular transcript.

If you'd like to proceed, please pay the attached invoice by check, either by mail or in person on the 4th floor of the courthouse at the Chief Judge's Office.

Thank you!

**Sara M. Sapp, RPR, CSR**
**Official Court Reporter**
**Madison County Courthouse**
**155 North Main Street**
**Edwardsville, IL 62025**
**618-296-4902**

**Disclaimer**

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security

awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.