## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY LUFFMAN,

          **Plaintiff,**

v.

COLLINSVILLE COMMUNITY
UNIT SCHOOL DISTRICT #10, et
al.,

          **Defendants.**

Case No. 25-CV-00842-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's

Order of June 3, 2025 (Doc. 25), this action is **DISMISSED with prejudice**.

**DATED: June 3, 2025**

                **MONICA A. STUMP,**
                **Clerk of Court**


                **By: *s/ Jackie Muckensturm***
                    **Deputy Clerk**


**APPROVED: *s/ Stephen P. Mc*Glynn**
           **STEPHEN P. MCGLYNN**
           **U.S. District Judge**