Notice of Parallel Review and Appellate Court Acceptance of Amended Federal Complaint

Case No.: 25-cv-842-SPM

Title: *Luffman v. Collinsville CUSD #10, et al.*

Judge: Hon. Stephen P. McGlynn

NOTICE OF STATE APPELLATE COURT RECORD SUPPLEMENT – FEDERAL CIVIL RIGHTS COMPLAINT INCORPORATED INTO RETALIATION APPEAL

COMES NOW, Jeffrey Luffman, Pro Se Plaintiff, to provide notice to this Honorable Court that the amended complaint previously filed in this matter—dismissed by the Court on June 3, 2025—has now been formally submitted and accepted into the official appellate record in *Skertich v. Luffman*, Case No. 5-25-0473, pending before the Illinois Fifth District Appellate Court.

This action follows Plaintiff's appeal of a May 22, 2025 Stalking No Contact Order (25-OP-611), which Plaintiff asserts is the final retaliatory act in a documented pattern of constitutional deprivation, access denial, whistleblower suppression, and interference with parental and educational rights under color of law.

The amended federal complaint, dismissed by this Court as "unintelligible," has now been incorporated into the state court appeal record as part of a supplemental filing accepted by the Appellate Court on June 12, 2025. This formal acceptance by a parallel judicial body affirms that the filing is:

1. Substantive and procedurally appropriate;

2. Germane to state and federal due process violations;

3. Material to the timeline of retaliatory conduct outlined in this action.

This filing serves to preserve the cross-jurisdictional record and document Plaintiff's continuing efforts to exhaust judicial remedies in the face of systemic and escalating retaliation by school district officials, police actors, and public attorneys.

This notice is not a motion for reconsideration, but is submitted in the interest of record clarity, inter-branch transparency, and constitutional accountability.

Respectfully submitted,

Jeffrey Luffman

Pro Se Litigant

Collinsville, Illinois

Date: June 12, 2025

jeffrey.luffman@outlook.com

912-318-7505

**Verification Statement**

I, Jeffrey Luffman, being first duly sworn under penalty of perjury, state as follows:

1. I am the Plaintiff in the above-captioned matter and the author of the accompanying Notice of State Appellate Court Record Supplement.

2. I have personal knowledge of the facts stated therein.

3. The facts set forth in the notice are true and correct to the best of my knowledge and belief.

4. This Verification is made pursuant to 28 U.S.C. § 1746 in lieu of affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of June, 2025.

**Respectfully submitted,**

/s/ Jeffrey Luffman

**Jeffrey Luffman**

Pro Se Litigant

Collinsville, Illinois

jeffrey.luffman@outlook.com

912-318-7505