# ILLINOIS CITATION AND COMPLAINT - COLLINSVILLE PD

**0500069668**

DCN: 

## COMPLAINT

| COMPLAINT | | | |
|---|---|---|---|
| Case No. 202509255 | ISP Dist. Occ. | ISP Dist. Assgn. | |
| County of MADISON | Township of | | |

☒ PEOPLE STATE OF ILLINOIS     VS.

**DEFENDANT**

| NAME | | SID # L15543775008 | |
|---|---|---|---|
| LAST LUFFMAN | FIRST JEFFERY | MIDDLE NAME S | |

| ADDRESS | EYES | GENDER |
|---|---|---|
| STREET 212 CAMELOT DR | BLU | M |

| CITY STATE ZIP | HAIR | HEIGHT | WEIGHT |
|---|---|---|---|
| COLLINSVILLE IL 62234 | BRO | 5' 10" | 245lbs |

| DR. LIC. | STATE | CDL | EXPR. DATE | DOB |
|---|---|---|---|---|
| L15543775008 | IL | N | 1/2029 | 1/8/1975 |

| EMAIL ADDRESS | MOBILE # |
|---|---|

The Undersigned states that on 4/28/2025 at 6:18 PM
Defendant did unlawfully operate:

| VEHICLE | | | |
|---|---|---|---|
| REG NO. | STATE | MO/YEAR | US DOT # |
| MAKE | | YEAR | COLOR |
| TYPE | VEHICLE USE: COMMERCIAL MOTOR VEHICLE YES ☐ NO ☐ PLACARDED HAZ. MATERIAL YES ☐ NO ☐ 16 OR MORE PASS. VEHICLE YES ☐ NO ☐ | | |

Or as a Pedestrian or Passenger, and upon a public highway, or other location, Specifically
123 W CLAY ST, COLLINSVILLE

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense

**VIOLATION**

☒ ILCS
Chapter 720    Act 5    Section 21-3(a)(2)
Nature of Offense: CRIMINAL TRESPASS TO LAND

**INCIDENT**

CRASH TYPE: NONE
Report No.: 202509255    Road Conditions: DRY
Visibility: DAY CLEAR                Method:
Notations:
JEFF HAD BEEN ADVISED OF TRESPASS FROM ALL UNIT 10 PROPERTY, BUT STILL ENTERED ONTO UNIT 10 PROPERTY AFTER NOTICE

**NOTICE TO APPEAR**

Method of Release: COURT APPEARANCE REQUIRED

You are required to come to court on the date, time and place noted below. If you intend to plead "NOT GUILTY", follow the instructions on the form entitled "Avoid Multiple Court Appearances" prior to your court date

SEE INSTRUCTIONS in the column to the right

**CIRCUIT COURT LOCATION, DATE, and TIME**

MADISON COUNTY CIRCUIT CLERK
Court Location: 155 N MAIN ST., EDWARDSVILLE IL 62025
Date: 5/19/2025    Time: 9:00 AM

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

| Apr. | 28 | 2025 | | 232 |
|---|---|---|---|---|
| Month | Day | Year | Officer's Signature DIECKER, CONNOR | ID No. |

---

### Read These Instructions Carefully

Your ticket has been marked ☒ COURT APPEARANCE REQUIRED.
You are required to come to court on the date, time and place noted in the NOTICE TO APPEAR section on the ticket.

However, if you want to plead "NOT GUILTY", complete the portion of these instructions entitled "Avoid Multiple Court Appearance" and mail to the clerk of circuit court identified in the NOTICE TO APPEAR section.

### NOTICE TO APPEAR

The result of your failure to appear or pay this ticket is based on whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required" and may result in either a judgment of conviction being entered against you for fine, penalties, assessments, and costs as provided in the NOTICE OF CONSENT FOR ENTRY OF JUDGMENT; or, the court may order a warrant to be issued, other significant consequences affecting your driving privileges, or you may be tried and sentenced in your absence.

### NOTICE OF CONSENT FOR ENTRY OF JUDGMENT

If you were charged with an offense which does not require a court appearance or an offense requiring a court appearance punishable by fine only, YOU ARE HEREBY NOTIFIED THAT:

If you do not satisfy the charge(s) against you prior to the date set for your appearance or any date to which the case is continued, you do not submit a written plea of guilty to the clerk at least (3) days before that date, and you fail to answer the charge(s) or appear in court when required, you thereby consent to the entry of a judgement of conviction against you in the amount of the statutory fine, plus the assessment in the applicable schedule for the charged offense as provided in the Criminal and Traffic Assessment Act (705 ILCS 135/1 et seq.). The total amount assessed may be greater than the amount assessed on a guilty plea, as noted above.

IN THE CIRCUIT COURT
THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS, )
    Plaintiff, )
        vs )    No: 2025-9255
)
Jeffrey Luffman, DOB 1/8/75 )    Citation # 0500065468
    Defendant. )

### CONDITIONS OF PRETRIAL RELEASE/NOTICE TO APPEAR - MISDEMEANOR

You are being released on pretrial release pursuant to 725 ILCS 5/109-1(a-3). You are summonsed and noticed to appear before the Circuit Court of Madison County, located at 155 N. Main Street, Edwardsville, Illinois, on the 6th day of May, 2025, at 9:00 a.m./p.m. to answer the charge(s) of Crim Trespass.

While on release you are subject to the following conditions pursuant to 725 ILCS 5/110:

1. Appear in court to answer the charge, orders, process, and thereafter as ordered by the Court until discharged or final order of the court (725 ILCS 5/110-10(a)(1) and (2)).
2. Not violate any criminal statute of any jurisdiction (725 ILCS 5/110-10(a)(3)).
3. Comply, if applicable, with all orders of protection and stalking no contact orders. (725 ILCS 5/110-2(a)).
4. If your charge(s) allege that the victim is a family or household member, then you shall have no contact or communication with the victim and shall not enter or remain at the victim's residence for a minimum period of 72 hours following your release from custody. (725 ILCS 5/110-10(d)).
5. If you are charged with a forcible felony, stalking, aggravated stalking, domestic battery, a Class 2 or greater offense under the Illinois Controlled Substances Act, the Methamphetamine Control and Community Protection Act, or the Cannabis Control Act, or any felony violation of Article 24 of the Criminal Code of 1961/2012 (deadly weapons), the Court may order that you shall surrender all firearms and Firearm Owner's Identification Card to a law enforcement officer designated by the Court at a time and place designated by the Court.

You are advised that it is a Federal crime to ship, transport or receive a firearm or ammunition while you are under indictment or information for a felony offense. 18 U.S.C. 922(n)

I, the defendant hereby acknowledge receipt of this Summons/Notice to Appear and agree pursuant to 725 ILCS 5/102-7 to comply with the CONDITIONS OF PRETRIAL RELEASE. I understand that failure to comply with the conditions of release could result in sanctions and/or revocation of my pretrial release. **I agree pursuant to 725 ILCS 5/110-12 (notice of change of address) that I will file written notice with the clerk of the court any change in my address within 24 hours after such change or, if charged with a forcible felony, within 24 hours prior to such change.**

Date: 4/28/25    Defendant's signature: [signed]

Name: Jeffrey Luffman    Phone number: 636-675-4864

Address: 212 Camelot Dr Collinsville IL 62234

Email: _____

I, the undersigned officer, state that I gave of copy of this Summons/Notice to Appear document to the Defendant on the 28th day of April, 2025, and the Defendant (**signed** / refused to sign) the form.

Date: 4/28/25    Officer: Diecker 232

Agency: Collinsville    Agency Case #: 25-9255